### 41835. WILLIAMS et al. v. KEEBLER.

FRANKUM, Judge. The appeal in this case is not from a judgment, order or ruling of the trial court within the meaning of the Appellate Practice Act of 1965. Therefore, it follows that this court does not have jurisdiction of the purported appeal. See the answer of the Supreme Court to the certified question in this case. *Williams v. Keebler*, 222 Ga. 437 (150 SE2d 674). *Appeal dismissed. Felton, C. J., and Pannell, J., concur.*

SUBMITTED FEBRUARY 7, 1966—DECIDED SEPTEMBER 23, 1966.

*Albert E. Butler*, for appellants.
*Gibbs & Leaphart, T. Jim Leaphart*, for appellee.